**Samuel BISHOP, Defendant Below, Appellant,**

v,

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 146, 2016

Supreme Court of Delaware.

Submitted: April 11, 2016

Decided: June 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 86013220DI.

DISMISSED.

■

**Angel MERCADO, Defendant Below, Appellant,**

v.

evidence of his guilt separate from the drugs

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 652, 2015

Supreme Court of Delaware.

Submitted: April 7, 2016

Decided: June 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1411003995.

AFFIRMED.

■

**Aaron STEVENS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 137, 2016

Supreme Court of Delaware.

Submitted: June 1, 2016

Decided: June 3, 2016

Court Below–Superior Court of the State of Delaware, Cr. ID No. 1406014389.

DISMISSED.